UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DHAMARI JORDAN<br><br>Defendant | CRIMINAL No. 21-MJ-1040-DLC |

GOVERNMENT'S STATUS REPORT OF THE PARTIES

The government reports that it has been in contact with the Middlesex District Attorney's Office ("MDAO") with respect to the pending case in Cambridge District Court. The MDAO informed the government that they have moved to revoke the Defendant's bail and a warrant issued from that court for the Defendant. Additionally, the government has been informed that a writ of habeas corpus issued to the Wyatt Detention Center for the Defendant's appearance in Cambridge District Court for April 8, 2021. The government is working with the MDAO to process the habeas corpus request and satisfy the requirements of the United States Marshals Service in order for the Defendant to be brought into Cambridge District court by video.

In light of this, the Defendant has agreed to voluntary detention, without prejudice for the time being. Defense counsel has reviewed this status report and agrees that the information set forth herein is accurate.

                                                Respectfully submitted,

                                                ANDREW E. LELLING
                                                United States Attorney

                                  By:    */s/ Philip A. Mallard*
                                                PHILIP A. MALLARD
                                                Assistant United States Attorney

Date: March 8, 2021