UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 21-cr-10081-DPW |
| DHAMARI JORDAN | |
| Defendant | |

**JOINT INITIAL STATUS REPORT**

Pursuant to Local Rule 116.5(a), the parties hereby file the following initial status report prepared in connection with the initial status conference scheduled for May 6, 2021:

**(1)     Automatic Discovery/Pending Discovery Requests**

The parties have reached an agreement concerning the provision of discovery and anticipate further discussions with respect to discovery in the next month.

There are no pending discovery requests.

**(2)     Additional Discovery**

The government anticipates producing further discovery in accordance with an agreement of the parties.

**(3)     Timing of Additional Discovery Requests**

The defendant has not yet determined whether he will make any additional discovery requests.

**(4)     Protective Orders**

It does not presently appear that any protective orders are anticipated by the parties.  Should that change, the parties will address those issues promptly.

**(5)     Pretrial Motions**

As the review of discovery is ongoing, the defendant has not yet determined whether he will file any pretrial motions.

**(6)     Expert Discovery**

The Government agrees to provide any expert witness disclosures 21 days prior to trial.  The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

**(7)      Speedy Trial Act**

The Court has excluded the time from the Defendant's arraignment through and including May 6, 2021 (ECF #17).

The parties further agree to exclude the time from the initial status conference date through the date of the interim status conference.

**(8)      Interim Status Conference**

The parties request that the Court schedule an Interim Status Conference to be held in approximately 60 days. The parties report that they are close to resolution and anticipate seeking a Rule 11 hearing before the District Court at some point in the near future.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:      */s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney

By:      */s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg, Esq.
Counsel for the defendant

**CERTIFICATE OF SERVICE**

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:  May 4, 2021                      */s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney

2